IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALETTA McMURRAY, ) | | |
| ) | | |
| Plaintiff, ) | 2:09-cv-002245-GEB-GGH | |
| ) | | |
| v. ) | ORDER ON COUNSELS' MOTION TO | |
| ) | <u>WITHDRAW</u> | |
| COUNTY OF SACRAMENTO, Sheriff JOHN ) | | |
| McGINESS; Deputy Sheriffs JAVIER ) | | |
| BUSTAMANTE, V. CANDIDO, L. CULP; ) | | |
| and DOES 1 though 100, inclusive, ) | | |
| ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

      Plaintiff's attorneys John L. Burris and Steven R. Yourke of the Law Offices of John L. Burris, filed a motion to withdraw as counsel for Plaintiff on April 9, 2010. (Docket No. 25.) The attorneys have provided Plaintiff's last known address in their withdrawal motion. (Yourke Decl. ¶ 3.) Mr. Yourke avers in his declaration supporting the motion that on March 1, 2010, after reviewing relevant documents produced by defendants, he discussed the case with Plaintiff, and "explained to her what [he] saw as the relative merits of the case some potential difficulties." (<u>Id.</u> ¶ 2.) Mr. Yourke avers there is "a serious disagreement about how to proceed

with this case." (Id.)  He further avers he has sent a copy of the motion to withdraw to Plaintiff's current address.  (Id. ¶ 3.) Plaintiff's counsels' motion to withdraw as attorney of record is GRANTED.  Valetta Murphy now represents herself in this case.  The Clerk of Court shall delete the Law Office of John L. Burris from the service list; add Valetta Murphy to the service list (her address is 1160 Evelyn Lane, No. 16, Sacramento, California 95864); designate this case as a *pro se* case,; and serve this Order on Valetta Murphy. This case is referred to the magistrate judge under Local Rule 302(c)(21).  The hearing scheduled for June 28, 2010 before the undersigned judge is vacated.

Dated:  May 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge