1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VALETTA McMURRAY,

11            Plaintiff,              No. CIV S-09-2245 GEB EFB PS

12       vs.

13   COUNTY OF SACRAMENTO,            ORDER
     et al.,
14
              Defendants.
15   _____/

16       On May 7, 2010, this action was referred to the undersigned pursuant to Local Rule

17   302(c)(21) because plaintiff is now proceeding *pro se*.  Dckt. No. 27.  In light of that referral, a

18   Status (Pretrial Scheduling) Conference will be set before the undersigned.  The conference will

19   be held in August 2010 because plaintiff's former counsel indicated in his motion to withdraw

20   that plaintiff would like time to seek and retain other counsel.  Dckt. No. 25 at 1.  If plaintiff

21   obtains counsel, she shall notify the court as soon as possible.

22       Accordingly, IT IS HEREBY ORDERED that:

23       1.  A Status (Pretrial Scheduling) Conference is set for August 11, 2010, at 10:00 a.m. in

24   Courtroom No. 24 before the undersigned.

25       2.  Because the parties already submitted a joint status report in this action, Dckt. No. 2,

26   they are not required to file a further joint status report in advance of the conference.

1

3.  If one or more parties elects to file a further status report, however, the status report(s) shall be filed at least fourteen days prior to the conference.

DATED:  May 13, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2