IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALETTA MCMURRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; SHERIFF JOHN MCGUINESS; DEPUTY SHERIFFS JAVIER BUSTAMANTE, V. CANDIDO, L. CULP,<br><br>        Defendants.<br>_____ | 2:09-cv-02245-GEB-EFB<br><br><u>ORDER</u> |

        Plaintiff's separate "Pretrial Statement", filed on November 8, 2011, is stricken since the parties were required to file "a joint pretrial statement[.]" (Status Order 5:9, ECF No. 32.) The final pretrial conference is rescheduled for November 28, 2011, commencing at 1:30 p.m. The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference.

Dated: November 8, 2011

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge