IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALETTA MCMURRAY,                        )
                                          )    2:09-cv-02245-GEB-EFB
                Plaintiff,                )
                                          )
        v.                                )    ORDER
                                          )
COUNTY OF SACRAMENTO; SHERIFF             )
JOHN MCGUINESS; DEPUTY SHERIFFS           )
JAVIER BUSTAMANTE, V. CANDIDO,            )
L. CULP,                                  )
                                          )
                Defendants.               )
_____ )

        Plaintiff's separate "Pretrial Statement", filed on November 8, 2011, is stricken since the parties were required to file "a joint pretrial statement[.]" (Status Order 5:9, ECF No. 32.) The final pretrial conference is rescheduled for November 28, 2011, commencing at 1:30 p.m. The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference.

Dated:  November 8, 2011

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

1