IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALETTA McMURRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; DEPUTY SHERIFF JAVIER BUSTAMANTE, and DEPUTY SHERIFF L. CULP,<br><br>        Defendants. | 2:09-cv-02245-GEB-EFB<br><br>ORDER OF DISMISSAL |

Plaintiff filed a Notice of Settlement on February 6, 2012, in which she states, "the parties have settled all issues and all claims." (ECF No. 87.) Plaintiff also requests that "the trial now set for February 7, 2012, be vacated." Id.

Trial scheduled to commence on February 7, 2012, is vacated. Further, in light of Plaintiff's representation that "all issues and all claims" have settled, this action is dismissed.

Dated:  February 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1